UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS
VIA VIDEO/TELEPHONE CONFERENCE

**OFFICE:** NEWARK  **DATE:** November 9, 2021
**JUDGE** KEVIN MCNULTY
**COURT REPORTER:** Rhea C. Villanti

**TITLE OF CASE:**  **DOCKET # 2:21-cr-841 (KM)**
UNITED STATES OF AMERICA
  vs.
PAT J. TRUGLIA
  **DEFT. PRESENT**

**APPEARANCES:**

Sean M. Sherman, AUSA and Ryan L. O'Neill, AUSA for the Government
Bernard M. Cassidy, Esq. for Defendant
Observers: Charles Paddock, SA FBI, Marc Vanzetta, SA FBI, Chante Jones, SA FBI, and Meghan Marino, SA OIG DOD

**Nature of Proceedings**: CHANGE OF PLEA HEARING

Defendant consents to proceed via video/telephone conference.
Defendant consents to electronic signature on the record.
Defendant advised of rights
Ordered defendant sworn; defendant affirmed.
PLEA:  GUILTY to Count 1 of Information.
Terms of plea agreement read into the record.
Ordered plea agreement approved.
Ordered plea accepted.
Rule 11 form, Waiver of Indictment, Plea Agreement, and Consent Order for Forfeiture submitted for filing.
Ordered sentencing date set for March 22, 2022 at 10:00 AM
Ordered defendant remanded.

**Time Commenced: 2:00**
**Time Adjourned:  3:00**
**Total Time: 1 Hour**

                _Nitza Creegan_
                DEPUTY CLERK